TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: tenesa.powell@jacksonlewis.com

*Attorney for Defendants*
*Patriot Campers Incorporated and*
*Patriot Campers PTY LTD*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JULY DAY f/k/a JULY EPLER, an individual,<br>Plaintiff,<br><br>vs.<br><br>PATRIOT CAMPERS INCORPORATED, a Delaware corporation; PATRIOT CAMPERS PTY LTD, an Australian private company,<br><br>Defendants. | Case No.: 2:26-cv-02318-JAD-MDC<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR ALL DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendants PATRIOT CAMPERS INCORPORATED and PATRIOT CAMPERS PTY LTD ("Defendants"), by and through its counsel of record, the law firm of Jackson Lewis P.C., and Plaintiff JULY DAY f/k/a JULY EPLER ("Plaintiff"), by and through her counsel of record, the law firms of Greenberg Gross LLP, hereby stipulate and agree to extend the time for Defendants their response to Plaintiff's Complaint up to and including **September 17, 2026** based on the following:

1. On July 30, 2026, Plaintiff filed a Complaint naming Patriot Campers Incorporated and Patriot Campers PTY LTD, as Defendants. ECF No. 1.

2. On August 18, 2026, Plaintiff served Defendants with a copy of the Summons and Complaint. ECF No. 5. Defendants' response to the complaint is due September 8, 2026.

3. Counsel requested a brief extension of time to respond to the Complaint to allow sufficient time to receive information from her client, who is based out of Australia and who is on a pre-planned trip.

4. Therefore, the Parties have agreed to extend the deadline for Defendants' responsive pleading to September 17, 2026.

5. This is the first request for an extension of time for Defendants to file a response to Plaintiff's Complaint.

6. This request is made in good faith and not for the purpose of delay.

7. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

DATED this 21st day of August, 2026.

GREENBERG GROSS LLP

*/s/Eric Lundy*
Matthew T. Hale, Esq.
Nevada Bar No. 16880
Eric K. Lundy, Esq.
Nevada Bar No. 16921
1980 Festival Plaza Drive, Suite 730
Las Vegas, NV 89135

*Attorneys for Plaintiff*

JACKSON LEWIS P.C.

*/s/Tenesa S. Powell*
Tenesa S. Powell, Esq.
Nevada Bar No. 12488
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorney for Defendants*

**IT IS SO ORDERED.**

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: August 24, 2026