**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

July Day,

Plaintiff(s),

v.

Patriot Campers Incorporated, et al.,

Defendant(s).

Case No. 2:26-cv-02318-JAD-MDC

**Order**

The Court has set the early neutral evaluation in this case to take place on December 22, 2026. Docket No. 9. Pending before the Court is a stipulation to continue the early neutral evaluation because one of Plaintiff's attorneys has travel planned from December 20 to December 27. Docket No. 10. As the name early neutral evaluation conveys, this proceeding is meant to take place relatively soon after a defendant's answer or other first appearance. *See* Local Rule 16-6(d). A one-week vacation by one of multiple attorneys could constitute good cause to deviate from the standard schedule, but it does not show good cause for the two-month continuance that the parties envision. *See* Docket No. 10 at 2 (providing available dates in February 2027). Considering the circumstances, the stipulation is **GRANTED** in part in that the ENE is **ADVANCED** to 9:30 a.m. on December 1, 2026. The parties must file a joint futility statement by November 17, 2026, and must submit evaluation statements to the undersigned's box by 3:00 p.m. on November 24, 2026. All other requirements in the ENE order remain unchanged. *See* Docket No. 9.

IT IS SO ORDERED.

Dated: September 25, 2026

Nancy J. Koppe
United States Magistrate Judge